NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN RICHARDS CUSTOM )
HOMES, INC., )
         )
         Petitioner, )
         )
v. )         Case No. 2D19-1677
         )
CHARLES W. PATTERSON, II; )
PLANSOURCE, INC.; and )
RANDALL W. SMITH, )
         )
         Respondents. )
_____ )

Opinion filed October 18, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
E. Lamar Battles, Judge.

Mark D. Tinker of Cole, Scott &
Kissane, P.A., Tampa, for Petitioner.

Kathryn J. Sole of Sole Law, PLLC,
St. Petersburg, for Respondent
Charles W. Patterson, II.

No appearance for remaining
Respondents.


PER CURIAM.


         Dismissed.


KHOUZAM, C.J., and KELLY and ATKINSON, JJ., Concur.